KERR, Respondent, v. NEW YORK, O. & W. RY. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. De-

cember 14, 1900.) Action by Charles Kerr against the New York, Ontario & Western Railway Company and another. No opinion. Order affirmed, without costs.